FILED by __SA__ D.C.
ELECTRONIC

Jul 26, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-80144-CR-RYSKAMP/HOPKINS**
Case No._____

21 U.S.C. §846
21 U.S.C. §841(a)(1)
21 U.S.C. §853

UNITED STATES OF AMERICA

vs.

NATHANIEL SPENCER JOCELYN,
DANIEL FRANCIS RYAN, and
DRAKE DEWAYNE DYESS,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

From in or around January 1, 2012, the exact date being unknown to the Grand Jury, through on or about July 17, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**NATHANIEL SPENCER JOCELYN,
DANIEL FRANCIS RYAN, and
DRAKE DEWAYNE DYESS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that

this violation involved 3,4-Methylenedioxymethamphetamine, a/k/a MDMA, a Schedule I controlled substance.

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in this indictment, the defendants, NATHANIEL SPENCER JOCELYN, DANIEL FRANCIS RYAN, and DRAKE DEWAYNE DYESS, shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants, NATHANIEL SPENCER JOCELYN, DANIEL FRANCIS RYAN, and DRAKE DEWAYNE DYESS, obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation, including, but not limited to, the following:

(a) $ 8,872.00 in United States currency.

Pursuant to Title 21, United States Code, Section 853.

If any of the forfeitable property described in the forfeiture section of this indictment, as a result of any act or omission of the defendants,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| NATHANIEL SPENCER JOCELYN, DANIEL FRANCIS RYAN, and DRAKE DEWAYNE DYESS, | |
| **Defendants.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami ___ Key West        New Defendant(s)        Yes ___ No ___
___ FTL  X  WPB  ___ FTP      Number of New Defendants ___
                              Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days       X            Petty      ___
   II   6 to 10 days      ___          Minor      ___
   III  11 to 20 days     ___          Misdem.    ___
   IV   21 to 60 days     ___          Felony      X
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  Yes  ___
   If yes:
   Magistrate Case No. 12-8279-DLB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  7/17/2012
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes   X  No

_____
JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY
COURT I.D. 171700

*Penalty Sheet(s) attached

REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name**: NATHANIEL SPENCER JOCELYN

Case No._____

**Count 1:**

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely 3,4-Methylenedioxymethamphetamine, a/k/a MDMA, a Schedule I controlled substance.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846

*__Max. Penalty:__  20 yrs imprisonment, 3 yr man/min Supervised Release to life, $1 million fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: DANIEL FRANCIS RYAN

Case No._____

## Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely 3,4-Methylenedioxymethamphetamine, a/k/a MDMA, a Schedule I controlled substance.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846

**\*Max. Penalty:** 20 yrs imprisonment, 3 yr man/min Supervised Release to life, $1 million fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: DRAKE DEWAYNE DYESS

Case No. _____

### Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely 3,4-Methylenedioxymethamphetamine, a/k/a MDMA, a Schedule I controlled substance.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846

**\*Max. Penalty:** 20 yrs imprisonment, 3 yr man/min Supervised Release to life, $1 million fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable